this order on the President Judge of the Court of Common Pleas of Philadelphia County.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dante JACKSON, Petitioner**

**No. 165 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

### ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2016, the Application for Extraordinary Relief under King's Bench Powers is **DENIED.**

■

**Hiram RICHARDSON, Petitioner**

v.

**COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY,**
**Respondent**

**No. 162 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

### ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Ali,* 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

It is noted that Petitioner's PCRA petition has been pending before the Court of Common Pleas of Philadelphia County for more than two years.

The Prothonotary is **DIRECTED** to serve a copy of this order on the President Judge of the Court of Common Pleas of Philadelphia County.

■

**Donald BETHEA, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Superior Court of Pennsylvania, Common Pleas Court of Philadelphia, District Attorney's Office of Philadelphia, Court Reporter and Interpreter Adm., Respondents**

**No. 150 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

### ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition and/or Alternative Mandamus, the Application for Waiver and Modification of Rules, and the "Motion to Remove Constitutional [sic] Deficient Assistance of Counsel From Obstruction and Impeding Disclosure of Discovery on PCRA Collateral Review Appeal Permanently" are **DENIED.**